PILLSBURY WINTHROP SHAW PITTMAN LLP
PAUL J. FRAIDENBURGH (280354)
JON JEKEL (298646)
J. RYAN STASELL (307431)
ALEXANDER P. CARROLL (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:    858-509-4000
Facsimile:    858-509-4010
Email:  paul.fraidenburgh@pillsburylaw.com
           jon.jekel@pillsburylaw.com
           ryan.stasell@pillsburylaw.com
           alexander.carroll@pillsburylaw.com

Attorneys for Plaintiff
K1 SPEED, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| K1 SPEED, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>VICTORY LAP RP LLC, a California limited liability company; VICTORY LAP FF LLC, a California limited liability company; SOMO LLC, a California limited liability company; TARA KUMAR, as Trustee of The Anjali Kumar Trust and the Chabra 2003 Living Trust; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) TRADEMARK INFRINGEMENT – 15 U.S.C. §§ 1114, 1125(a)**<br><br>**(2) TRADE DRESS INFRINGEMENT – 15 U.S.C. § 1125(a)**<br><br>**(3) UNFAIR COMPETITION – 15 U.S.C. § 1125(a)**<br><br>**(4) CYBERSQUATTING – 15 U.S.C. § 1125(d)**<br><br>**(5) UNFAIR COMPETITION – CAL. BUS. & PROF. CODE § 17200** *et seq.*<br><br>**(6) SECONDARY TRADEMARK AND TRADE DRESS INFRINGEMENT**<br><br>**(7) DECLARATORY RELIEF – 28 U.S.C. § 2201**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

K1 Speed, Inc. ("**K1 Speed**") for its Complaint against Victory Lap RP LLC ("**Victory Lap RP**"), Victory Lap FF LLC ("**Victory Lap FF**," together with Victory Lap RP, "**Victory Lap**"), SOMO LLC ("**SOMO**"), and Tara Kumar ("**Kumar**"), as Trustee of The Anjali Kumar Trust and the Chabra 2003 Living Trust (together, the "**Trust**," and collectively with SOMO, the "**Landlords**"), alleges as follows:

## I.   PRELIMINARY STATEMENT

1.      This is an action for damages and for preliminary and permanent injunctive relief barring Defendants from advertising, marketing, or otherwise using or profiting from K1 Speed's federally registered trademarks, common law trademarks, and distinctive trade dress in go-kart racing facilities operated by Victory Lap on premises owned by the Landlords. K1 Speed also seeks a declaration that it has been fully released from any and all contractual obligations it had to the Landlords with respect to the properties where Victory Lap operates.

2.      The Landlords originally leased the subject properties to a former franchisee of K1 Speed's affiliate for purposes of running authorized K1 Speed kart-racing franchises, at which time, K1 Speed agreed to provide a guaranty on behalf of the original tenant, its franchisee, for the Rohnert Park location. After the franchise agreements were terminated, Victory Lap took over both locations, and it continues to use K1 Speed's distinctive trademarks, trade dress, and copyrighted promotional materials without K1 Speed's permission in connection with the sale, offering for sale, and advertising of kart-racing services. K1 Speed notified the Landlords that it did not authorize the continued use of its intellectual property on their properties, and further, that any guaranties it provided on behalf of its former franchisee did not apply to Victory Lap. As of this filing, Victory Lap continues to operate and advertise kart-racing facilities using K1 Speed's intellectual property, the Landlords refuse to take action to prevent the infringement on their properties, and SOMO refuses to release K1 Speed from the guaranties it provided on behalf of its former franchisee.

3.      While Defendants' actions have caused discernible damages to K1 Speed, the full extent of the harm K1 Speed has sustained is incalculable. Consumers wanting to attend a K1 Speed karting location will likely be misled into thinking that Victory Lap's kart-racing facilities are associated with K1 Speed, and such sales will harm the goodwill and reputation that K1 Speed

developed at great effort and expense over decades. This type of harm cannot be fully remedied with monetary damages but must be stopped with a preliminary injunction until such time as K1 Speed may obtain permanent injunctive relief.

## II.  THE PARTIES

4.      K1 Speed is a Delaware corporation with its principal place of business located at 17221 Von Karman Avenue, Irvine, California.

5.      Victory Lap RP is a California limited liability company with its principal place of business located at 4601 Redwood Drive, Rohnert Park, California.

6.      Victory Lap FF is a California limited liability company with its principal place of business located at 1476 Salmon Falls Road, El Dorado Hills, California.

7.      SOMO is a California limited liability company with its principal place of business located at 1400 Valley House Drive, Suite 240, Rohnert Park, California.

8.      On information and belief, Kumar is the trustee of The Anjali Kumar Trust and the Chabra 2003 Living Trust, which together, own the property referred to herein as the "Fairfield Location," and may be served with process at 14100 Taos Road, Saratoga, California.

9.      Defendants sued as DOES 1 through 20 are persons or entities whose identities K1 Speed does not yet know.  K1 Speed will seek leave of Court to substitute their true names when they become known.

## III. JURISDICTION AND VENUE

10.     This is a civil action for damages, injunctive relief, and declaratory relief.  This Court has jurisdiction over the subject matter of this action under one or more of the following statutes: 15 U.S.C. § 1121 (original jurisdiction of district courts for actions arising under the Lanham Act); 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (federal trademark claims).

11.     The Court has personal jurisdiction over Defendants.  On information and belief, Defendants advertise and transact business throughout the United States, including in the State of California.  Defendants have purposely availed themselves of doing business in the State of California by, among other things, advertising and selling goods and services in this state. Defendants have also engaged in continuous acts of trademark infringement, trade dress

Case No: _____

infringement, and related tortious actions within the State of California, including within this district, and have caused injury to K1 Speed in this district as a result of such conduct.

12.     Venue is proper in this judicial district because Defendants are subject to personal jurisdiction in this district; Defendants Victory Lap RP, SOMO, and Kumar maintain their principal places of business is in this district; the lease with SOMO for the Rohnert Park Location expressly requires all disputes concerning such lease to be resolved within this district; and the tortious conduct complained of herein occurred primarily within this district.

## IV. DIVISIONAL ASSIGNMENT

13.     The San Fransciso Division is proper pursuant to Civil L.R. 3-2(c) because a substantial portion of the tortious conduct complained of herein occurred in Sonoma County.

## V.  FACTUAL ALLEGATIONS

### A.     **K1 Speed's Intellectual Property.**

14.     Founded in 2003, K1 Speed is a leader in the recreational go-karting industry, with more than 80 kart-racing locations around the world.

15.     A crucial aspect of K1 Speed's business is differentiating itself from its competitors in the recreational kart-racing industry with distinctive branding, creative marketing materials, and proprietary business methods.

16.     The intellectual property at the heart of K1 Speed's business includes registered trademarks, common law trademarks, copyrighted promotional materials, and trade secrets.

17.     K1 Speed owns a family of registered and unregistered trademarks including or consisting of the term K1 (the "**K1 Marks**"), which it has used in connection with kart-racing services and other related goods and services since 2003.

18.     K1 Speed owns the following federally registered K1 Marks, each of which has attained or is in the process of attaining incontestable status under 15 U.S.C. § 1065, true and correct copies of which are attached hereto as **Exhibit A**:

| Trademark | U.S. Reg. No. | Registered Goods/Services |
|---|---|---|
| (the "**K1 Logo**") | 4457268 | Class 41. Providing facilities for recreational activities, namely, go kart racing |

4867-2139-6126.v3
Case No: _____

| K1 SPEED<br>(the "**K1 SPEED Word Mark**") | 4138953 | *Same as above* |
|---|---|---|
| <br>(the "**K1 SPEED Logo**") | 5524543 | *Same as above* |
| K1RACEGEAR<br>(the "**K1RACEGEAR Word Mark**") | 4284719 | Class 35. Retail store services featuring kart racing wear and related kart racing accessories that are sold in store locations that are physically co-located with kart racing facilities |

19.     As such, K1 Speed is entitled to the exclusive, nationwide right to use the above-listed K1 Marks on or in connection with the registered Class 35 and Class 41 services.

20.     In addition to its registered trademarks, K1 Speed has acquired common law trademark rights in other K1 Marks, including:

a.     The standard-character K1 trademark (the "**K1 Word Mark**").

b.     The K1 JL JUNIOR LEAGUE trademark (the "**K1 JL Mark**").

c.     The K1 GP CHALLENGE trademark (the "**K1 GP Mark**").

d.     The K1 Speed speedometer logo (the "**K1 Speedometer Logo**") shown here:

21.     K1 Speed also owns common law trademark rights in the PADDOCK LOUNGE trademark (the "**PADDOCK LOUNGE Mark**") in connection with restaurant services.

22.     In addition, K1 Speed owns common law rights for the distinctive trade dress of its kart-racing venues, which feature all or substantially all of the following: (1) a distinctive red, white, and black color scheme with checkered flag patterned banners and chalkboard accents on which there are formulas, charts, and sketches in white chalk; (2) distinctive signage with a particular font and K1 branding; (3) a PADDOCK LOUNGE-branded restaurant area with racing memorabilia and industrial seating; (4) indoor electric karting with high-performance, all-electric go-karts on tracks that are visible from various points within the facility; (5) challenging and professionally designed track layouts with tight turns, smooth surfaces, and safety barriers; (6) modern and sleek design, with polished floors, well-lit spaces, and a contemporary feel; (7) racing-themed décor, such as automotive artwork, racing memorabilia, and displays of racing suits and helmets; (8) prominent

integrated technologies, such as electronic scoreboards, digital lap timers, and screens displaying racer stats and information; (9) K1-branded helmets and go-karts; (10) spectator areas with seating that overlooks the track; and (11) meeting rooms for corporate and group-event activities (together, the "**K1 Trade Dress**"). The first three items listed above are crucial. Even if a facility was modified so that some of the other elements were no longer present, if a facility featured those three items, consumers would identify it as a K1 Speed location.

23.     K1 Speed's common law trademarks and trade dress are inherently distinctive or have acquired distinctiveness as a result of continuous and substantially exclusive use by K1 Speed or its licensees in interstate commerce for many years.

24.     Due to the extensive use of the above trademarks and trade dress, and the widespread advertising by K1 Speed featuring such trademarks and trade dress, consumers identify such trademarks and trade dress as referring uniquely and unmistakably to K1 Speed.

25.     Relatedly, K1 Speed owns copyrights for the creative advertisements, logo designs, and other materials used in connection with the promotion and operation of its business, which resulted from the creative authorship of its employees or contractors.

26.     K1 Speed also owns trade secrets related to the operation and promotion of its K1 Speed kart-racing locations, which have actual or potential value for K1 Speed, are secret, and are the subject of commercially reasonable efforts to maintain secrecy.

27.     K1 Speed's trademarks, trade dress, copyrights, and trade secrets are valid, protectable, and valuable assets of K1 Speed, which are essential to its business.

**B.     K1 Speed's Franchising Business.**

28.     In or about 2014, K1 Speed created a wholly owned subsidiary, K1 Speed Franchising, Inc. ("**K1 Franchising**"), to operate as a franchisor corporation for the K1 Speed brand.

29.     The K1 Franchising business involves entering into franchise agreements with individuals or entities who are granted limited licenses to use K1 Speed's trademarks, trade dress, copyrighted materials, and trade secrets for purposes of operating K1 Speed kart-racing locations in a defined geographic area.

COMPLAINT
4867-2139-6126.v3                                                                    Case No: _____

30.     In or about June 2021, K1 Franchising entered into franchise agreements with BKC Entertainment LLC ("**BKC**") to operate K1 Speed kart-racing centers located at 1560 Gateway Blvd, Fairfield, CA 94533 (the "**Fairfield Location**") and 4601 Redwood Dr, Rohnert Park, CA 94928 (the "**Rohnert Park Location**").

31.     The Fairfield Location is owned by the Trust and was leased to BKC pursuant to a commercial lease agreement dated August 13, 2021 (the "**Fairfield Lease**").

32.     The Rohnert Park Location is owned by SOMO and was leased to BKC pursuant to a commercial lease agreement dated July 12, 2021 (the "**Rohnert Park Lease**").

33.     As a condition to executing the Rohnert Park Lease, SOMO required K1 Speed to provide a guaranty for the full payment and performance by BKC of all amounts, terms, covenants, and conditions of the Rohnert Park Lease.

34.     In 2023, K1 Franchising terminated the franchise agreements with BKC, which is the subject of separate litigation in California Superior Court, entitled *BKC Entertainment LLC, et al. v. K1 Speed Franchising, Inc.*, et al., Case No. 30-2023-01317103-CU-FR-CJC.

35.     In or about September 2023, K1 Speed notified the Landlords of the termination of the franchise agreements with BKC and that the Fairfield and Rohnert Park Locations would no longer operate as authorized K1 Speed franchises.

36.     Pursuant to the franchise agreements with BKC, when the franchise agreements for the Fairfield and Rohnert Park Locations were terminated, BKC was prohibited from using or authorizing others to use the K1 Speed's trademarks, trade dress, and other K1 intellectual property.

37.     Upon the termination of BKC's franchise agreements, K1 Franchising removed the Google Business listing for the Fairfield and Rohnert Park Locations so they would not show up as authorized K1 Speed kart-racing centers in Google search results.

C.     **The Dispute with Defendants.**

38.     On or about December 6, 2023, Victory Lap entered into an agreement to purchase the Fairfield and Rohnert Park Locations and their assets from BKC.

39.     On information and belief, Victory Lap entered into new lease agreements with the Landlords for both locations without K1 Speed's knowledge or consent.

40.     On information and belief, the Landlords knew, or upon reasonable and diligent inquiry should have known, that: (a) the franchise agreements between BKC and K1 Franchising had terminated; (b) K1 Speed had no contractual or other relationship with Victory Lap; (c) the Fairfield and Rohnert Park Locations would thereafter not be operated as K1 Speed franchises; and (d) Victory Lap was not authorized to use K1 Speed's trademarks, trade dress, and other intellectual property in connection with the operation of kart-racing businesses at either location.

41.     On or about December 20, 2023, Victory Lap assumed operations of the Fairfield and Rohnert Park Locations, which continue to prominently display K1 Speed's trademarks, trade dress, and promotional materials on the interior and exterior of both locations, as shown here:

| | |
|---|---|
| Exterior of Fairfield Location | |
| Exterior of Rohnert Park Location | |
| PADDOCK LOUNGE Restaurant and Signage at Rohnert Park Location |  |
| |  |

| | |
|---|---|
| Victory Podium at Rohnert Park Location | |
| Floormats in Fairfield Location | |
| Customer Counter at Rohnert Park Location | |
| Advertisements Featuring K1 Speed Copyrighted Imagery with the K1 JL and K1 GP Trademarks at Rohnert Park Location | |
| Excerpt of Victory Lap Advertisement for Valentine's Day 2024 with K1 Speed Copyrighted Photograph Featuring the K1 SPEED Logo (Second Image Enlarged to Show Logo on Helmet) | |

COMPLAINT

4867-2139-6126.v3                                          Case No: _____

| K1 Speed Signage at Fairfield Location | |
|---|---|
| Employee in K1 Speed Shirt at Rohnert Park Location | |

42. True and correct photos of the Fairfield Location are attached hereto as **Exhibit B**. True and correct photos of the Rohnert Park Location are attached hereto as **Exhibit C**.

43. Victory Lap made half-hearted efforts to change the names of the Fairfield and Rohnert Park Locations to "Nitro City Racing" on temporary signage, as shown here:

| Digital Signage Behind the Counter at the Fairfield Location | |
|---|---|
| Temporary Signage in Interior of Fairfield Location | |

Case No: _____

44. True and correct copies of photographs depicting these uses of Nitro City Racing are attached hereto as **Exhibit D**.

45. Victory Lap also used the "Nitro City Racing" name in advertisements on social media, including the following advertisement posted on the Instagram accounts for the Fairfield and Rohnert Park Locations on or about December 27, 2023:



46. True and correct copies of the Instagram posts are attached hereto as **Exhibit E**.

47. Victory Lap FF also used the hashtags "#k1" and "#speed" on its social media posts. A "hashtag" is a word or keyword phrase preceded by a hash symbol (#), which is used on social media to help consumers who may be interested in a topic to be able to find it when they search for a keyword or particular hashtag.  True and correct screenshots of the subject Instagram posts are attached hereto as **Exhibit F**.

48. Victory Lap's temporary signage and advertisements are likely to confuse or mislead consumers, as the statement "K1 Speed *is now* Nitro City Racing" implies that K1 Speed chose to rebrand to "Nitro City Racing" or establish a sub-brand called "Nitro City Racing." K1 Speed operating a sub-brand with a different name would be consistent with its business practices, as it currently operates a separate kart-racing facility under the POLE POSITION RACEWAY sub-brand.

49. Victory Lap's online advertisements do not merely use the names "K1" or "K1 Speed" to refer to K1 Speed, but rather, feature the stylized K1 and K1 SPEED Logos depicted in K1 Speed's federal trademark registrations (U.S. Reg. Nos. 4457268 and 5524543), which is likely to confuse or mislead consumers into believing that K1 Speed authorized Victory Lap's use of such logos.

50.     Additionally, Victory Lap took over and continues to use a website domain name associated with K1 Speed that was created by BKC during the term of the franchise agreements for the Fairfield and Rohnert Park Locations—www.707K1.com—which consists of the local area code for Fairfield and Rohnert Park and the K1 trademark.

51.     The 707K1.com domain redirects to www.nitrocityracing.com, which falsely suggests that K1 Speed rebranded to Nitro City Racing or that Victory Lap's businesses are associated with K1 Speed. A true and correct copy of a screenshot of 707K1.com is attached hereto as **Exhibit G**.

52.     Victory Lap RP also uses the "K1 Racing Rohnert Park" and "K1RacingRP" for a Facebook page promoting the Rohnert Park Location, located at www.facebook.com/K1RacingRP, which prominently displays the K1 Speed logo, the name "K1 Speed Rohnert Park," and information about K1 Speed, as shown below:

Facebook Page for Rohnert Park Location



53.     A true and correct copy of a screenshot from Victory Lap RP's Facebook page is attached hereto as **Exhibit H**.

54.     On information and belief, Victory Lap RP worked with BKC to change the status of the Google Business listing for the Rohnert Park Location to show that it continues to operate as an active K1 Speed kart-racing location. A true and correct copy of a screenshot depicting the Google search results for "K1 Speed Rohnert Park" is attached hereto as **Exhibit I**.

55.     Taken together, these activities show concerted efforts by Victory Lap to use K1 Speed's trademarks, trade dress, and promotional materials to confuse, mislead, and deceive consumers into believing that Victory Lap's businesses at the Fairfield and Rohnert Park Locations are controlled by, associated with, authorized by, or connected to K1 Speed.

56.     On January 25, 2024, K1 Speed sent Victory Lap a cease-and-desist letter outlining these infringing actions and requesting that Victory Lap immediately cease all digital and non-digital uses of the K1 Marks and other K1 Speed intellectual property. A true and correct copy of the January 25, 2024 correspondence is attached hereto as **Exhibit J**.

57.     On January 25, 2024, K1 Speed forwarded the cease-and-desist letter it sent to Victory Lap to the Landlords, putting them on further notice that Victory Lap's activities at the Fairfield and Rohnert Park Locations were unauthorized, infringing, and undertaken without K1 Speed's knowledge or permission.

58.     Also in January 2024, K1 Speed contacted SOMO to request confirmation that K1 Speed and its affiliates were released from any and all obligations under and related to any guaranties provided in connection with the original lease agreement for the Rohnert Park Location between SOMO and BKC.

59.     As of the date of this filing, Victory Lap has not responded to the January 25, 2024 correspondence or ceased the infringing use of the K1 Speed's trademarks, trade dress, and promotional materials in the operation of the businesses at the Fairfield and Rohnert Park Locations, and SOMO has not agreed to release K1 Speed from the guaranty it provided for the Rohnert Park Location under the now-terminated Lease.

60.     Victory Lap's continued use of the K1 Speed's trademarks, trade dress, and promotional materials has caused and will continue to cause irreparable harm to K1 Speed by confusing and misleading consumers, diverting sales away from K1 Speed, and depriving K1 Speed of the ability to control the use of its trademarks and trade dress and maintain the quality that consumers have come to expect from K1 Speed.

61.     Absent injunctive relief, the harm to K1 Speed cannot be adequately redressed.

4867-2139-6126.v3                                                    Case No: _____

# VI. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

*(Federal Trademark Infringement – 15 U.S.C. §§ 1114, 1125(a))*

*AGAINST VICTORY LAP*

62.     K1 Speed re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

63.     K1 Speed owns registered and common law trademarks used in connection with the promotion and operation of its kart-racing business, including but not limited to the K1 Marks and the PADDOCK LOUNGE Mark.

64.     K1 Speed has priority in the K1 Marks and the PADDOCK LOUNGE Mark because it commenced use of such trademarks prior to any use by Victory Lap.

65.     Victory Lap used K1 Speed's trademarks in interstate commerce in connection with the sale, offering for sale, and advertising of kart-racing services at the Fairfield and Rohnert Park Locations.

66.     Victory Lap's willful unauthorized use of K1 Speed's trademarks, or confusingly similar variations thereof, caused and will continue to cause confusion, mistake, and deception among relevant consumers, who will likely believe that Victory Lap is controlled by, associated with, authorized by, endorsed by, licensed by, or connected to K1 Speed, and constitute infringement of K1 Speed's registered and common law trademarks under 15 U.S.C. §§ 1114 and 1125.

67.     As a direct and proximate result of Victory Lap's infringement of K1 Speed's trademarks Victory Lap damaged and will continue to damage K1 Speed, its goodwill, and its reputation in an amount to be proven at the time of trial.

68.     Victory Lap's infringement of K1 Speed's trademarks, or confusingly similar variations thereof, caused and is likely to continue to cause a loss of profits for K1 Speed.

69.     Because Victory Lap's actions were willful, K1 Speed is also entitled to recovery of treble damages equal to three times the amount of Victory Lap's profits or K1 Speed's damages, whichever is greater, along with an award for its reasonable attorneys' fees and prejudgment interest at the rate established by 26 U.S.C. § 6621(a)(2), pursuant to 15 U.S.C. § 1117(a) and (b).

4867-2139-6126.v3                                                      Case No: _____

70.     Alternatively, because Victory Lap's actions involved the use of counterfeit K1 Speed trademarks, K1 Speed is entitled to seek statutory damages pursuant to 15 U.S.C. § 1117(c).

71.     Victory Lap's actions caused and will continue to cause irreparable harm to K1 Speed and to the public, who have been confused and are likely to continue to be confused by Victory Lap's unauthorized use of K1 Speed's trademarks unless restrained and enjoined by this Court.

72.     Because K1 Speed has no adequate remedy at law to prevent Defendants from continuing their infringing actions, it is entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

**SECOND CAUSE OF ACTION**

*(Federal Trade Dress Infringement – 15 U.S.C. § 1125(a))*

*AGAINST VICTORY LAP*

73.     K1 Speed re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

74.     K1 Speed has valid and protectable rights in the K1 Trade Dress, which distinguishes K1 Speed's kart-racing facilities from those of its competitors, including Victory Lap.

75.     The K1 Trade Dress is non-functional and is inherently distinctive or has acquired secondary meaning.

76.     Victory Lap made unauthorized uses of the K1 Trade Dress, or confusingly similar variations thereof, at the Fairfield and Rohnert Park Locations in interstate commerce in connection with the sale, offering for sale, and advertising of kart-racing services.

77.     Victory Lap's unauthorized use of the K1 Trade Dress occurred in the same facilities and geographic areas where K1 Speed had franchised locations or in connection with the promotion of such facilities.

78.     Victory Lap's unauthorized use of the K1 Trade Dress was willful and undertaken with the bad-faith intention to free ride on K1 Speed's public reputation and goodwill.

79.     Victory Lap's activities with the K1 Trade Dress are likely to confuse, mislead, or deceive consumers.

80.     Victory Lap's wrongful acts with respect to the K1 Trade Dress have damaged K1 Speed in an amount to be proven at trial.

COMPLAINT

81. K1 Speed has also suffered, and will continue to suffer, irreparable harm as a direct and proximate result of Victory Lap's actions and for which monetary relief is insufficient.  Such irreparable harm will continue unless and until enjoined by this Court.

### THIRD CAUSE OF ACTION

*(Unfair Competition – 15 U.S.C. § 1125(a))*

*AGAINST VICTORY LAP*

82. K1 Speed re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

83. Victory Lap made false or misleading descriptions or representations of fact in connection with the sale, offering for sale, or advertising of its services in interstate commerce.

84. Victory Lap's commercial advertisements and promotional materials, both in print and on the internet, misrepresented facts pertaining to the nature, origin, characteristics, and qualities of Victory Lap's products and services offered at the Fairfield and Rohnert Park Locations, including that they are connected to K1 Speed and that, under Victory Lap's ownership, there will be improved karts and facilities.

85. Victory Lap's false or misleading representations or descriptions of fact are likely to cause confusion or mistake, or to deceive consumers as to the affiliation, connection, or association of Victory Lap with K1 Speed, or as to the origin, sponsorship, or approval of Victory Lap's goods, services, and commercial activities by K1 Speed.

86. The matters on which consumers are likely to be confused, misled, or deceived are material to their decision to make purchases from Victory Lap's business.

87. As a direct and proximate result of Victory Lap's actions, Victory Lap caused and will continue to cause damages to K1 Speed through the diversion of sales, lost profits, and damage to the goodwill associated with K1 Speed, its trademarks, and the services associated with such marks.

88. Moreover, Victory Lap's actions caused, and will continue to cause, irreparable harm to K1 Speed and to the public who is deceived as to the source, sponsorship, nature, origin, characteristics, and qualities of Victory Lap's services unless restrained and enjoined by this Court.

4867-2139-6126.v3                                                                    Case No: _____

89. K1 Speed is therefore entitled to injunctive relief and to recover its damages, Victory Lap's profits, prejudgment interest, and its attorneys' fees and costs, all in an amount to be proven at the time of trial.

**FOURTH CAUSE OF ACTION**

*(Cybersquatting – 15 U.S.C. § 1125(d))*

*AGAINST VICTORY LAP*

90. K1 Speed re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

91. K1 Speed owns valid and inherently distinctive trademarks for the K1 Word Mark and the K1 SPEED Word Mark that are entitled to protection under federal law.

92. Victory Lap used domain names including or consisting primarily of the K1 Word Mark, the K1 SPEED Word Mark, or confusingly similar variations thereof with a bad faith intent to profit from K1 Speed's trademarks and goodwill, including the 707K1.com domain name and the domain name for Victory Lap RP's Facebook page, Facebook.com/K1RacingRP.

93. The 707K1.com domain name is confusingly similar to the K1 Word Mark because it features the entirety of the K1 Word Mark, combined with the number 707, which is merely a geographically descriptive indicator identifying the area code for Fairfield and Rohnert Park.

94. The Facebook.com/K1RacingRP domain name is confusingly similar to the K1 Word Mark and the K1 SPEED Word Mark because it consists of: (a) the K1 Word Mark; (b) the word "Racing," which is substantially synonymous with or connected to the term "Speed;" and (c) the initialism "RP" which is merely a geographically descriptive abbreviation of "Rohnert Park."

95. The 707K1.com and Facebook.com/K1Racing RP domain names are also confusingly similar to the domain names K1 Speed uses for its website and Facebook page, located at K1Speed.com and Facebook.com/K1SpeedOfficial.

96. Although the 707K1.com domain name was created by BKC without K1 Speed's authorization, it was used to promote the K1 Speed franchises at the Fairfield and Rohnert Park Locations and is therefore associated with K1 Speed in the minds of consumers.

97.     Victory Lap used the 707K1.com and Facebook.com/K1SpeedOfficial domain names with bad faith intent to profit by diverting consumers from K1Speed's website and Facebook page to Victory Lap's own website and Facebook Page for commercial gain.

98.     Victory Lap has no rights or legitimate interests in the 707K1.com or Facebook.com/K1Racing RP domain names, as: (a) Victory Lap is not known by the names "707K1" or "K1 Racing RP;" (b) Victory Lap purports to operate under the names "Victory Lap, or "Nitro City Racing"; and (c) Victory Lap does not use such domain names for any legitimate noncommercial or fair use.

99.     K1 Speed is entitled to recover its actual damages and Victory Lap's profits, or in the alternative, statutory damages, pursuant to 15 U.S.C. § 1117, in an amount to be proven at trial.

100.    K1 Speed is further entitled to injunctive relief pursuant to 15 U.S.C. § 1116, and to all other and further forms of relief this Court deems appropriate.

### FIFTH CAUSE OF ACTION

*(Unfair Competition – Cal. Bus. & Prof. Code § 17200 et seq.)*

*AGAINST VICTORY LAP*

101.    K1 Speed re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

102.    Victory Lap engaged in unfair, unlawful, or fraudulent business practices in the course of business at the Fairfield and Rohnert Park Locations.

103.    Victory Lap publicly disseminated false or misleading statements to the public at large, or a significant portion of the public, in connection with the sale, offering for sale, or advertising of kart-racing services at the Fairfield and Rohnert Park Locations.

104.    Victory Lap acted with intent to induce members of the public to enter into transactions for kart-racing services based on their reasonable belief that Victory Lap was associated with, connected to, or approved by K1 Speed.

105.    Victory Lap's statements and actions described herein are likely to deceive or mislead reasonable consumers.

COMPLAINT

4867-2139-6126.v3                                                              Case No: _____

106.   Victory Lap's actions described herein have harmed consumers and competition within the State of California.

107.   K1 Speed has suffered injury in fact and lost money or property as a result of Victory Lap's unfair, unlawful, or fraudulent business practices.

108.   Victory Lap's actions have also caused and will continue to cause irreparable harm to K1 Speed and its business goodwill.

109.   K1 Speed is entitled to injunctive relief to prohibit any further irreparable harm to its business and goodwill.

110.   K1 Speed is also entitled to restitution of any money acquired by Victory Lap as a result of the unfair competition described herein.

111.   K1 Speed is further entitled to recovery of its attorneys' fees and costs in this action pursuant to Cal. Code. Civ. P. § 1021.5, given that K1 Speed seeks to prevent unfair, unlawful, and fraudulent business practices by Victory Lap and would therefore enforce an important right affecting the public interest in fair and honest business practices.

## SIXTH CAUSE OF ACTION

*(Secondary Trademark and Trade Dress Infringement)*

*AGAINST THE LANDLORDS*

112.   K1 Speed re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

113.   K1 Speed owns the registered and common law trademarks and trade dress described herein, including the K1 Marks, the PADDOCK LOUNGE Mark, and the K1 Trade Dress, which are valid, subsisting, and enforceable under the Lanham Act, 15 U.S.C. § 1051 *et seq.*

114.   Victory Lap engaged in activities constituting infringement of K1 Speed's trademarks and trade dress as described herein.

115.   The Fairfield and Rohnert Park Locations are the primary locations, source, and instrumentality of Victory Lap's infringement of K1 Speed's trademarks and trade dress.

116.   The Landlords had direct control over the Fairfield and Rohnert Park Locations and had the ability to supervise and control the infringing activities conducted therein.

Case No: _____

117.     The Landlords knew or had reason to know of the infringing activities conducted by Victory Lap on their premises, given that: (a) K1 Speed notified the Landlords of the termination of the franchise agreements for the Fairfield and Rohnert Park Locations in or about September 2023; (b) the Landlords entered into new lease agreements with Victory Lap for the Fairfield and Rohnert Park Locations in or about December 2023 without K1 Speed as a party or guarantor; and (c) K1 Speed further notified the Landlords in or about January 2024 that it considered Victory Lap's activities at both locations to infringe its trademark and trade dress rights.

118.     Despite this knowledge, the Landlords contributed to the infringement by entering into new leases with Victory Lap with knowledge that it would no longer function as a K1 Speed franchise, by continuing to lease the premises to Victory Lap after being notified of the infringement in January 2024, and by failing to take any action to prevent or stop the infringing activities.

119.     On information and belief, the lease agreements executed between Victory Lap and the Landlords provide for profit-sharing whereby a portion of the rent the Landlords receive for each property is based on the revenues Victory Lap generates as a result of its infringing business activities at the Fairfield and Rohnert Park Locations.

120.     By leasing the Fairfield and Rohnert Park Locations to Victory Lap, having a profit-sharing arrangement with Victory Lap for its businesses on the premises, and having the ability to control the activities at the Fairfield and Rohnert Park Locations, the Landlords had a direct financial interest in the continued operation of Victory Lap's businesses.

121.     The continued operation of Victory Lap's businesses at the Fairfield and Rohnert Park Locations, including the infringing activities, directly benefited the Landlords financially.

122.     As a result of the Landlords' contributory and vicarious infringement, Plaintiff is entitled to recover damages in an amount to be proven at the time of trial.

## **SEVENTH CAUSE OF ACTION**

*(Declaratory Relief – 28 U.S.C. §§ 2201–2202)*

*AGAINST SOMO LLC*

123.     K1 Speed re-alleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

COMPLAINT

4867-2139-6126.v3                                                                Case No: _____

124.    In or about August 2021, a former K1 Speed franchisee, BKC, entered into the Rohnert Park Lease for purposes of leasing the Rohnert Park Location to operate a franchised K1 Speed kart-racing venue.

125.    Section 19.6.21. of the Rohnert Park Lease required BKC to deliver executed guaranties to SOMO concurrently with the execution of the lease, including a Guaranty of Lease dated July 12, 2021, executed by Babak Forooghi, Rostom Forooghi, and Michelle Kim (the "**BKC Officers**") and K1 Speed (the "**Guaranty**") with SOMO wherein the BKC Officers and K1 Speed agreed to guarantee certain obligations of BKC under the Rohnert Park Lease.

126.    Section 19.6.21. of the Rohnert Park Lease further provided that, in the event BKC defaulted under the lease, K1 Speed would have the right to assume BKC's responsibilities, take possession of the Rohnert Park Location, and conduct the kart-racing business at the Rohnert Park Location for the remainder of the lease term—a significant inducement that K1 Speed relied upon when agreeing to provide the Guaranty.

127.    The Guaranty only required K1 Speed to guarantee the performance of the "Tenant" under the Rohnert Park Lease, namely, BKC.

128.    Recital B of the Guaranty recognized that the reason why the BKC Officers and K1 Speed agreed to act as sureties for BKC was that they would each "receive a material benefit from [BKC] entering into the [Rohnert Park] Lease."

129.    In the case of K1 Speed, the material benefits contemplated by the recital were: (1) it would derive franchising revenue from having a franchised K1 Speed venue at the Rohnert Park Location; (2) it would obtain consumer recognition and goodwill from having exposure to consumers within the Rohnert Park region; and (3) in the event of a default by BKC, K1 Speed was entitled to take control of the Rohnert Park Location to continue its operation as an authorized K1 Speed venue for the remainder of the lease.

130.    Paragraph 13 of the Guaranty expressly required that any changes or modifications to their terms be memorialized in a writing signed by all parties thereto in order to be valid.

131.    Section 14 of the Guaranty also expressly stated that it would be "governed by and construed in accordance with the laws of California."

132.    In or about December 2023, the Landlords consented to Victory Lap taking over the operation of the Fairfield and Rohnert Park Locations and entered into new lease agreements with Victory Lap for the premises.

133.    As such, BKC is no longer the "Tenant" for the Fairfield Location or the Rohnert Park Location.

134.    K1 Speed never agreed to guarantee the performance of any lease agreements with Victory Lap.

135.    K1 Speed never signed a writing agreeing to modify the terms of the Guaranty to have it apply to Victory Lap.

136.    Accordingly, the Guaranty is no longer effective since BKC is no longer the "Tenant" under the lease agreement, and K1 Speed has no obligations with respect to the Rohnert Park Location or any business activities conducted therein.

137.    Moreover, SOMO did not notify K1 Speed that it had entered into a new or modified lease agreement with Victory Lap, nor did it give K1 Speed any opportunity to assume the Rohnert Park Lease and take over the kart-racing operations on the premises.

138.    Pursuant to Cal. Civ. Code § 2819: "A surety is exonerated, except so far as he or she may be indemnified by the principal, if by any act of the creditor, without the consent of the surety the original obligation of the principal is altered in any respect, or the remedies or rights of the creditor against the principal, in respect thereto, in any way impaired or suspended."

139.    The obligation of the principal and the purpose of the Guaranty as described in Recital B were altered in a material resect in that: (1) the Rohnert Park Location is no longer operating as a K1 Speed venue; (2) K1 Speed is no longer obtaining franchising revenues from the operation of the Rohnert Park Location; (3) the tenant of the Rohnert Park Location is not a party with which K1 Speed is in privity under a franchise agreement; and (4) K1 Speed no longer has a right to assume the Rohnert Park Lease and take over the operation of the kart-racing facilities therein.

140.    K1 Speed had no knowledge of and did not consent to the material alteration of the Rohnert Park Lease that was the basis of the Guaranty, and it is therefore exonerated from its obligations under the Guaranty pursuant to Cal. Civ. Code § 2819.

141.    K1 Speed contacted SOMO in January 2024 to request SOMO's confirmation that the Guaranty is extinguished now that BKC is no longer SOMO's tenant.

142.    On January 30, 2024, SOMO responded through its General Counsel, Aaron Currie, refusing to release K1 Speed from its obligations under the Guaranty unless K1 Speed executes a general release of all claims against SOMO, which K1 Speed is not obligated to do because the Guaranty was terminated by its own terms and/or K1 Speed was exonerated from its obligations thereunder by operation of law.

143.    An actual controversy has arisen between K1 Speed and SOMO regarding whether the Guaranty was extinguished or expired by its own terms, or whether K1 Speed was exonerated from any obligations under the Guaranty, when BKC ceased being SOMO's tenant at the Fairfield Location.  K1 Speed contends the Guaranty is no longer enforceable.  SOMO refuses to release K1 Speed from its Guaranty obligations without a reciprocal general release.

144.    K1 Speed therefore seeks a judicial declaration that it is released or exonerated from any and all obligations under the Guaranty.

145.    A judicial declaration is necessary and appropriate at this time so that K1 Speed may ascertain its rights and duties with respect to the alleged obligations under the Guaranty.

## VII.    PRAYER FOR RELIEF

WHEREFORE, K1 Speed respectfully requests that the Court:

1.    Preliminarily and permanently enjoin Defendants, their agents, servants, employees, attorneys, successors, and assigns, and all persons, firms, and corporations acting in concert with Defendants from using K1 Speed's trademarks, trade dress, and promotional materials or otherwise unfairly competing with K1 Speed;

2.    Award compensatory damages and/or statutory damages for Victory Lap's direct trademark infringement, trade dress infringement, unfair competition, and cybersquatting, and for the Landlord's contributory and vicarious infringement of K1 Speed's trademarks and trade dress;

3.    Order the disgorgement of all profits Defendants unjustly obtained through the use of K1 Speed's trademarks, trade dress, and promotional materials;

Case No: _____

1    4.    Award treble damages against Victory Lap under 15 U.S.C. § 1117 for willful federal

2        trademark infringement and unfair competition, together with reasonable attorneys'

3        fees and costs;

4    5.    Award prejudgment and post-judgment interest;

5    6.    Grant restitution to K1 Speed of any profits that were unjustly acquired by

6        Defendants due to their wrongful actions described herein;

7    7.    Order Victory Lap to reimburse K1 Speed's costs and attorneys' fees and costs

8        pursuant to Cal. Code Civ. P. § 1021.5 to the extent not covered by the other relief

9        described above;

10    8.    Order SOMO to reimburse K1 Speed's costs and attorneys' fees in connection with

11        the Declaratory Relief cause of action set forth herein; and

12    9.    Grant such other, further, and additional relief as the Court deems just and proper.

Dated:  February 20, 2024        PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Paul Fraidenburgh*

By:  PAUL FRAIDENBURGH

Attorneys for Plaintiff
K1 SPEED, INC.

1

**Demand for Jury Trial**

2          Pursuant to Fed. R. Civ. P. 38 and L.R. 3-6, K1 Speed hereby demands a trial by jury on all

3   issues so triable.

4

5   Dated:  February 20, 2024          PILLSBURY WINTHROP SHAW PITTMAN LLP

6

7                                    */s/ Paul Fraidenburgh*
                              By:   PAUL FRAIDENBURGH

8                                    Attorneys for Plaintiff
                                     K1 SPEED, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

4867-2139-6126.v3          Case No: _____

EXHIBIT A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,457,268**

**Registered Dec. 31, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

K1 SPEED, INC. (DELAWARE CORPORATION)
17221 VON KARMAN AVE.
IRVINE, CA 92614

FOR: PROVIDING FACILITIES FOR RECREATIONAL ACTIVITIES, NAMELY, GO KART RACING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-2003; IN COMMERCE 7-31-2004.

THE MARK CONSISTS OF THE LETTER "K" ADJACENT TO THE NUMBER "1".

SER. NO. 85-422,647, FILED 9-14-2011.

ZACHARY BELLO, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# K1 SPEED

**Reg. No. 4,138,953**
**Registered May 8, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

K1 SPEED, INC. (DELAWARE CORPORATION)
17221 VON KARMAN AVE.
IRVINE, CA 92614

FOR: PROVIDING FACILITIES FOR RECREATIONAL ACTIVITIES, NAMELY, GO KART RACING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-2003; IN COMMERCE 7-31-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-422,712, FILED 9-14-2011.

ZACHARY BELLO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,524,543**

**Registered Jul. 24, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

K1 Speed, Inc.  (DELAWARE CORPORATION)
17221 Von Karman Ave.
Irvine, CALIFORNIA 92614

CLASS 41: Providing facilities for recreational activities, namely, go kart racing

FIRST USE 4-30-2014; IN COMMERCE 4-30-2014

The color(s) red, white, and black is/are claimed as a feature of the mark.

The mark consists of the text "K1 SPEED", with "K1" in red and outlined in white, "SPEED" in white, and a black background that shows through the letters and outlines all letters in black.

OWNER OF U.S. REG. NO. 4153310, 4457268, 4138953

SER. NO. 87-729,083, FILED 12-20-2017

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# K1RACEGEAR

**Reg. No. 4,284,719**

**Registered Feb. 5, 2013**

K1 SPEED, INC. (DELAWARE CORPORATION)
17221 VON KARMAN AVE.
IRVINE, CA 92614

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: RETAIL STORE SERVICES FEATURING KART RACING WEAR AND RELATED KART RACING ACCESSORIES THAT ARE SOLD IN STORE LOCATIONS THAT ARE PHYSICALLY CO-LOCATED WITH KART RACING FACILITIES , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-2004; IN COMMERCE 12-31-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-422,935, FILED 9-14-2011.

ZACHARY BELLO, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

EXHIBIT B











# Valentine's Date Night

## $55 per couple



**30 Min Axe Throwing**



**One Race with headsock**

Nitro City Fairfield          |  14 February 2024

1560 Gateway Blvd          |  03.00p – 10.00 PM

Pre-purchase in store now



EXHIBIT C



















EXHIBIT D



# 707K1 Speed

## IS Now

## Nitro City Racing

All previous bought Races of 707k1
Will no longer be valid after Jan. 31. 202
Including (Stamp pass, 5 Race Stamp Pass, Customer service p

## NEW Website/New Karts/
## New Owners/Improved Facilities

# EXHIBIT E

K1 Is now

# NITRO CITY RACING

## AND we are open!

New owners. New attitude.
OPEN during renovations and improvements

   

**21 likes**

**nitrocityracing** We are OPEN 🏁 🏎️

View all 4 comments

December 27, 2023



AND we are open!

New owners. New attitude.
OPEN during renovations and improvements

   

1 like

**nitrocityracingrp** We are OPEN 🙌🏍️🏁

View 1 comment

December 27, 2023

EXHIBIT F

4:34

Follow

December 19, 2023

 nitrocityracing



WEDNESDAY
*HALF PRICE ARCADE*

**5 likes**

**nitrocityracing** Half Price Arcade on Wednesdays!!

#racing #kart #gokart #speed #action #adrenaline #fairfield #k1 #indoor

December 19, 2023

nitrocityracing

4:34

NITROCITYRACING
Posts

Follow

#fairfield #k1 #indoor
December 19, 2023

 nitrocityracing

· · ·

   

7 likes

nitrocityracing Are you ready??

#racing #kart #gokart #speed #action #adrenaline #fairfield #k1 #indoor

December 19, 2023

nitrocityracing

    



Watch more reels

Watch again

**8 likes**
**nitrocityracing** Adrenaline   

#racing #kart #gokart #speed #action #adrenaline #fairfield #k1 #indoor

December 19, 2023

    

EXHIBIT G

archive.today
webpage capture

Saved from | https://www.nitrocityracing.com/ | search | 6 Feb 2024 18:40:58 UTC
history ←prior next→

Redirected from | http://707k1.com/
history ←prior next→

All snapshots **from host** 707k1.com
           **from host** www.nitrocityracing.com

| Webpage | Screenshot |

⊕ share ☁ download .zip ☀ report bug or abuse

Home    Rules/Requirements    Memberships    Nitro City Fairfield    Nitro City Rohnert Park    Nitro League Info    Contact

# Axe Throwing Now Available in Fairfield Click Here to Book Now



EXHIBIT H







Search Facebook

# K1 Racing Rohnert Park

166 likes • 183 followers

Shop Now | Message | Like

Posts | About | Mentions | Reviews | Followers | Photos | More

## Intro

K1 Rohnert Park features European-built electric go karts capable of 40 mph, and computerized scoring. A large custom track, and a family friendly arcade. We can host your Birthday Party, Corporate Event, or family outing. We also have Arive and Drive!

- Page · Go-Kart Track
- 4601 Redwood Dr., Rohnert Park, CA, United States, California
- (707) 710-8200
- Events@k1speedrp.com
- 707k1.com
- Closed now
- Price Range · $
- Not yet rated (2 Reviews)

## Photos

See all photos

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2024

## Featured

**K1 Racing Rohnert Park**
August 11, 2023 ·

Tomorrow 8/12 @ 10:30am the Drivers of tonight's Monster Truck show at the Sonoma County Fairgrounds will be...

## Posts

Filters

**K1 Racing Rohnert Park**
January 25 at 2:19 PM ·

FAIRFIELD, CA 94533 | ROHNERT PARK, CA 94928

**Nitro City Racing**
January 25 at 2:01 PM ·

Feeling competitive? Join us for some adrenaline packed racing!
Every Thursday at 6pm, Three 12 lap races by best time!
$45 to participate

Like Comment Share

Write a comment...

**K1 Racing Rohnert Park**
December 27, 2023 ·

https://m.facebook.com/story.php...

**This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

3 2 comments

Like Comment Share

**K1 Racing Rohnert Park** updated their cover photo.
October 20, 2023 ·

1 1 comment

Like Comment Share

Jake S
((Live Today)) Friday Night Lights
LIVE https://sparksportlive.xyz/Friday-Night-Lights/

SPARKSPORTLIVE.XYZ
Watch Friday Night Lights 2023 Live Stream

7w Like Reply Edited

Write a comment...

**K1 Racing Rohnert Park** updated their profile picture.
October 20, 2023 ·

ROHNERT PARK

2

Like Comment Share

Write a comment...

**K1 Racing Rohnert Park**
October 13, 2023 ·

Come check out our new arcade! We have a ton of new and exciting games! Anyone who likes this post gets 10$ worth of credits for 7$

See you at the track!

1 comment 2 shares

Like Comment Share

**Jake S**
((Live Today)) Friday Night Lights
UVE ➡ https://sparksportlive.xyz/Friday-Night-Lights/

SPARKSPORTLIVE.XYZ
Watch Friday Night Lights 2023 Live Stream

7w Like Reply Edited

Write a comment...

**K1 Racing Rohnert Park** with **WGAS Motorsports**.
Paid Partnership · October 12, 2023 ·

Thanks to WGAS Motorsports for a great time at their kickoff party. We will be giving away some free races at tomorrow nights show! Hope to see you all there!

1 2 comments

Like Comment Share

View more comments

**WGAS Motorsports** · Follow
Thank you K1 for having us! Everyone had a great time! Looking forward to see you all tomorrow!

10w    Like    Reply

Write a comment...

**K1 Racing Rohnert Park**
October 12, 2023 · ⊕

Come check out SKULL KRUSHER on location right now!
Race with drivers of the Monster Truck Show today from 5-8pm



1 share

👍 Like    💬 Comment    ↪ Share

Write a comment...

**K1 Racing Rohnert Park**
October 12, 2023 · ⊕

**WGAS Motorsports** is with **Aaction Rents** and **9 others** at **K1 Racing Rohnert Park**.
October 12, 2023 · Rohnert Park · ⊕

Don't miss tonight's kickoff party at K-1 Speed! Skull Krusher will be on display there this afternoon so you can get an up close and personal look at the truc... See more

1 share

👍 Like    💬 Comment    ↪ Share

Write a comment...

**K1 Racing Rohnert Park**
October 11, 2023



**WGAS Motorsports** is with **K1 Racing Rohnert Park** and **12 others** at **K1 Speed Rohnert Park**.
October 11, 2023 · Rohnert Park ·

Be sure to mark your calendars for tomorrow's kick off party at K1 Speed in Rohnert Park from 5-8pm! The Les Schwab Tires Monster Truck Fall Nationals will be ... **See more**

1 · 1 comment

Like · Comment · Share

**Carl O'Connor**
Can we get an advertisement for the monthly gp club races on November 5??
18w Like Reply

Write a comment...

**K1 Racing Rohnert Park**
October 10, 2023 ·

Come Race with the Monster Truck drivers!!

There will even be a Truck on display Thursday October 12th

EXHIBIT I



Google    k1 racing rohnert park

Images    Maps    Schedule    Perspectives    Prices    Videos    Tickets    Reviews    News

All filters ▾    Tools    SafeSearch ▾

Results for **Rohnert Park, CA** · Choose area

Get an AI-powered overview for this search?    Generate

 K1 Speed
https://www.k1speed.com › rohnert-park-junior-leag...
### Rohnert Park Junior Challenge GP Results
**Rohnert Park** Junior League Results. Kickstart your child's **racing** career by entering them in our Junior League! Your child will learn to build character ...

 K1 Speed
https://www.k1speed.com › arrive-and-drive
### Arrive & Drive Indoor Kart Racing
No reservation is required to race at **K1 Speed** - just Arrive & Drive! Explore ... **Rohnert Park**, CA · Sacramento, CA · San Diego, CA · San Francisco, CA · Santa ...



Sonoma County Tourism
https://www.sonomacounty.com › family-fun › k1-s...
### K1 Speed
If you've got the need for speed, then visit **K1 Speed's** state-of-the-art indoor **go kart racing** center in **Rohnert Park**! Kids who are 48" or taller can enjoy our ...



## People also ask

Is K1 Speed worth the price?    ⌄

How fast do the K1 go karts go?    ⌄

Can I bring my own helmet to K1 Speed?    ⌄

How much is indoor go karting?    ⌄

Feedback

f Facebook · K1 Racing Rohnert Park
180+ followers
### K1 Racing Rohnert Park
**K1 Racing Rohnert Park** features European-built electric go karts capable of 40 mph, and computerized scoring. A large custom track, and a family friendly arcade.
★★★★★ Rating: 5 · 2 votes



## ▷ Videos



1:05    Rohnert Park 🏎️🏎️🏎️ If you're in California and want to drive our ...

Facebook · K1 Speed
Mar 11, 2022



### K1 Speed
Directions    Save    Call

4.5 ★★★★½  220 Google reviews
Go-kart track in Rohnert Park, California

🏁 Recently opened

Chain of indoor racing centers featuring electric go-karting for all skill levels, plus food.

**Address:** 4601 Redwood Dr, Rohnert Park, CA 94928
**Hours:** Closed · Opens 3 PM ▾
**Phone:** (707) 710-8200

Suggest an edit

### Add missing information
Add website

### Questions & answers    Ask a question
See all questions (7)

🔗 Send to your phone    Send

### Reviews from the web
5/5    Facebook · 2 votes

### Reviews ⓘ    Write a review    Add a photo

E "Love the new **place**, the **staff** Luna, Ethan, Spencer, and Fox very chill **people**."
★★★★★

B "No **food** and drinks, kitchen "still" closed."
★☆☆☆☆

"Very **helpful staff** that focus on safety and

G **Please help us improve Google.**
NO THANKS    SHOW QUESTION

EXHIBIT J



Pillsbury Winthrop Shaw Pittman LLP
11682 El Camino Real Suite 200  |  San Diego, CA 92130  |  tel 858-509-4000  |  fax 858-509-4010

Paul Fraidenburgh
tel: +1.858.847.4106
paul.fraidenburgh@pillsburylaw.com

January 25, 2024

**Via Email and Certified Mail**

Sergey Surenkov
Darren Jonutz
Victory Lap FF LLC / Victory Lap RP LLC

1476 Salmon Falls Rd.              4601 Redwood Dr.
El Dorado Hills, CA 95762         Rohnert Park, CA 94928

2327 Hartford Ct.                      1560 Gateway Blvd.
El Dorado Hills, CA 95762         Fairfield, CA 94533

voevoda@hotmail.com
jonutzelite@sbcglobal.net

Re:    **Notice of Trademark Infringement (K1 Speed Trademarks)**

Dear Mr. Surenkov and Mr. Jonutz,

We represent K1 Speed, Inc. and its affiliates (collectively, "**K1 Speed**") in legal matters. This letter concerns the unauthorized use of our client's K1 and K1 SPEED trademarks by your companies, Victory Lap FF LLC and Victory Lap RP LLC (collectively, "**Victory Lap**"), at go-kart racing facilities in Fairfield and Rohnert Park, California. We are writing to apprise you of our client's well-established trademark rights and to give you an opportunity to resolve the matter amicably by ceasing the infringing use of the K1 Marks.

As you likely know, K1 Speed is a widely recognized leader in the recreational go-karting industry, with more than 80 kart-racing locations worldwide. Because of the exceptional quality of its services and the success of its many marketing campaigns, K1 Speed has built a large and committed fan base in the United States and abroad. Go-kart enthusiasts, the media, and ordinary consumers all recognize K1 Speed and its facilities for their exceptional quality and distinctive branding.

www.pillsburylaw.com



Sergey Surenkov
Victory Lap FF LLC / Victory Lap RP LLC
January 25, 2024

Since at least 2003, K1 Speed has focused its branding on trademarks that include or consist of the terms K1 and K1 SPEED (the "**K1 Marks**"). K1 Speed has invested considerable time, energy, and resources into the K1 Marks. To protect its investment and the integrity of its brands, K1 Speed has built a robust portfolio of trademark registrations, domain name registrations, and social media usernames for the K1 Marks, covering the U.S. and the many foreign markets where it operates. Relevant here, its portfolio includes U.S. Trademark Registration Nos. 4457268 (K1 + design), 4138953 (K1 SPEED), 5524543 (K1SPEED + design), and 4284719 (K1RACEGEAR), many of which have incontestable status at the United States Patent and Trademark Office. These registrations provide the exclusive, nationwide right to use the K1 Marks for kart-racing services. Using any K1 Marks on or in connection with such services *without our client's permission* constitutes trademark infringement and unfair competition, which K1 Speed cannot abide.

K1 Speed has also established rights in the *trade dress* related to its K1 Speed kart-racing centers. Trade dress refers to the visual appearance of a product or its packaging that signifies the source of the product to consumers. This includes features like size, shape, color, texture, graphics, or the overall "look and feel" of a facility. Together, these elements create a brand that distinguishes the products or services of one company from those of its competitors in the minds of consumers. In this case, K1 built its branding around a distinctive red, black, and white coloration scheme and design, coupled with authentic racing memorabilia, gaming areas, and Paddock Lounge-branded restaurants, which consumers uniquely and unmistakably associate with K1 Speed.

As you must know, the two kart-racing facilities run by Victory Lap in Fairfield and Rohnert Park had previously operated as franchised K1 Speed locations. The relationship between K1 Speed and your predecessor, BKC Entertainment LLC ("**BKC**") did not end on good terms. In fact, K1 Speed is currently involved in litigation against BKC related to BKC's breach of the franchise agreement for those locations.

We understand that Victory Lap has started to rebrand the Fairfield and Rohnert Park locations to use the name "Nitro City Racing." Yet, based on our preliminary investigation, we have significant concerns, given that:

1. Each location still features prominent uses of our client's K1 Marks, including on interior and exterior signage;

2. Victory Lap appears to be using the infringing website URL www.707K1.com to promote its business, which constitutes cybersquatting; and

3. Advertisements and promotional content by Victory Lap on social media feature the K1 Marks in the content and hashtags.



Sergey Surenkov
Victory Lap FF LLC / Victory Lap RP LLC
January 25, 2024

Further, the promotional content published by Victory Lap uses the K1 Marks in a manner that is designed to confuse, mislead, or deceive consumers. For example, the following advertisement uses the stylized K1 logo and says: "K1 is now Nitro City Racing."



To ordinary consumers, this would imply that K1 chose to rebrand or establish a new sub-brand called "Nitro City Racing," which is not the case. This activity is therefore likely to confuse, mislead, or deceive consumers into believing that your facilities are an extension of K1 Speed, or that they have been authorized, approved, or endorsed by K1 Speed, when in fact, our client has no connection to your business and did not authorize this use of its registered trademark. The risk of consumer confusion is particularly serious in this case, considering that K1 Speed has 14 other locations in the State of California.

At a minimum, your actions constitute trademark infringement, a false designation of origin, unfair competition, deceptive trade practices, and cybersquatting under federal and state laws, including the Lanham Act, 15 U.S.C. §§ 1114(1)(a), 1125(a). If it becomes necessary to litigate this matter, K1 Speed would be entitled to monetary damages and an injunction prohibiting any further infringement.

Moreover, it is inconceivable that you entered this business without knowing about our client and its K1 Marks. A simple Google search for the term "K1 Speed" turns up thousands of hits pertaining to our client's kart-racing facilities. This strongly suggests that your unauthorized use of the K1 Marks was *willful*, done with the intention of free riding on the reputation and goodwill that our client spent years developing. As a result, K1 Speed would be entitled to treble damages of up to *three times* the amount of K1 Speed's monetary damages, as well as reimbursement for our attorneys' fees and costs.



Sergey Surenkov
Victory Lap FF LLC / Victory Lap RP LLC
January 25, 2024

That said, we hope this was a misunderstanding that can be resolved amicably, out of court, which our client is prepared to do if you provide a signed copy of this letter, confirming that you will:

1.      *Within two business days*, remove all digital uses of the K1 Marks, or any confusingly similar variations thereof, on any websites or social media accounts you own or control (including hashtags, usernames, and content), and in any other location where you market or promote your facilities;

2.      *Within five business days*, arrange to transfer control of the 707K1.com domain name to K1 Speed;

3.      *Within 10 business days*, cover or replace all non-digital uses of the K1 Marks related to your Nitro City kart-racing locations, including on interior and exterior signage or any other location within or outside of your facilities;

4.      *Within 10 business days*, provide a detailed accounting of all sales you have made in connection with the kart-racing facilities, as well as any marketing activities you have undertaken that feature any K1 Marks;

5.      Never use, register, or seek to register any K1 Marks, or any confusingly similar variations thereof, as a trademark, trade name, domain name, social media username, or other commercial designation; and

6.      Never interfere with, challenge, contest, or object to the registration, use, or validity of any of K1 Speed's trademarks or trade dress, or directly or indirectly assist or encourage others to interfere with, challenge, contest, or object to the registration, use, or validity of any of K1 Speed's trademarks or trade dress.

Please provide a signed copy of this letter to the undersigned by close of business on **February 1, 2024**, to confirm that you agree to comply with these demands. Any delay will leave K1 Speed with no choice but to take more aggressive legal action. We look forward to your prompt response. All rights reserved.

Regards,

Paul J. Fraidenburgh

CC:     Jon Jekel
        Alex Carroll



Sergey Surenkov
Victory Lap FF LLC / Victory Lap RP LLC
January 25, 2024

**Victory Lap FF LLC / Victory Lap RP LLC**

Signature: _____

Print Name: _____

Title: _____

Date: _____

4874-6976-8862.v1